LUTHER J. WEST, Respondent, *v.* RICHARD B. HOAG, Appellant.

(Argued January 12, 1875; decided May term, 1875.)

THE principal questions presented in this case were as to the reception and rejection of evidence, which were disposed of in view of the facts.

*Wm. S. Farnell* for the appellant.

*A. K. Potter* for the respondent.

EARL, C., reads for affirmance.
All concur.
Judgment affirmed.